UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GEORGE R. BISHOP,

       Plaintiff,                            Case No. 1:12-CV-1282

v.                                                        HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's February 10, 2014 Report and Recommendation recommending that the Court affirm the Commissioner's decision denying Plaintiff disability benefits. The Report and Recommendation was duly served on the parties on February 10, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued February 10, 2014 (docket no. 20), is **ADOPTED** as the Opinion of the Court, and the decision of the Commissioner denying benefits to Plaintiff is **AFFIRMED**.

A separate judgment will issue.

This case is **concluded**.


Dated: March 5, 2014                                                    /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE